■ In the Matter of the Claim of BERNARD WEINBERG, Appellant, v. WEINBERG BROTHERS CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, v. HARRY LE ROY DOTY, Appellant.— Motion to dismiss appeal granted, by default.

■ (A) CANTON SAVINGS AND LOAN ASSOCIATION,.Respondent, v. JOHN W. HARRINGTON et al., Appellants. (B) In the Matter of the Claim of DAVID WAHL, Appellant, v. TODS SHIPYARDS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of ALEXINE WALTON, Appellant, v. FRED FEHLHABER CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) CAROLYN H. KIRBY et al., Appellants, v. BESSIE CHASE, Respondent. (E) In the Matter of the Claim of ANTOINETTE ELIO, Appellant, v. GORDON BAKING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of LYDIA S. SPERLING, Appellant, v. Mrs. WILLIAM T. KISSELL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of the Claim of EDITH M. JOHNSTON, Appellant, v. ARTHUR R. MANN, Doing Business as 300 CLUB, et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (H) In the Matter of the Claim of JOSEPH TREBEC, Respondent, v. PAUL P. BIASE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (I) In the Matter of the Claim of MARY MASLEN, Appellant, v. CARRIER CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion[s] to dismiss appeal[s] granted, by default, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DEVORE, Alias THOMAS McDONALD, Appellant. (B) In the Matter of the Claim of ABRAHAM DVORKIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE HUMPHREYS, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY DOYLE, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to the January 1961 Term of this court.

■ In the Matter of the Claim of NELLIE VICK, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion by Howard A. Levine, Esq., heretofore appointed to represent the claimant-respondent herein for an order fixing his fee and allowing disbursements. Motion granted and his fee is hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $40.20.